FRANCIS ZYDERVELD, Appellant, *v.* REALTY SUPPLY CORPORATION, Respondent.

(Argued May 26, 1936; decided July 8, 1936.)

*Bernhardt M. Meisels* and *James M. Fawcett* for appellant.

*Sidney A. Clarkson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.